# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## UNITED STATES v. NAJEE BRANTLEY, CRIM NO. 19-92 SBI: 214819E

### PETITION FOR WRIT OF HABEAS CORPUS

1. Najee Brantley is now confined at the Passaic County Jail, Paterson, New Jersey 07501

2. Said individual will be required at NEWARK, New Jersey, before the Hon. Susan D. Wigenton, United States District Judge, on Tuesday, February 19, 2019, at 3:00 p.m., for an **Arraignment**.

A Writ of Habeas Corpus should be issued for that purpose.

DATED: February 7, 2019

_____
SEAN M. SHERMAN
ASSISTANT U.S. ATTORNEY

### ORDER

Let the Writ Issue.

DATED: FEB- 7, 2019

_____
HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

### WRIT OF HABEAS CORPUS

The United States of America to the Middlesex County Corrections, North Brunswick, New Jersey

WE COMMAND YOU that you have the body of

**NAJEE BRANTLEY**

now confined at the Passaic County Jail, Paterson, New Jersey, be brought before the United States District Court, the Hon. Susan D. Wigenton, Martin Luther King Building & U.S. Courthouse, Newark, New Jersey on Tuesday, February 19, 2019, at 3:00 p.m., so that he may appear for an **ARRAIGNMENT** in the above-captioned matter.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey

DATED: 2/7/19

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk