UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. NAJEE BRANTLEY, Crim. No. 19-92

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. **NAJEE BRANTLEY, SBI #214819E,** is now confined at Passaic County Jail.

2. Said individual will be required at U.S. District Court before the Hon. Susan D. Wigenton, U.S. District Judge in Newark, New Jersey, on Tuesday, May 21, 2019 at 12:00 p.m., for a **Status Conferences and Frye Hearing** in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: May 1, 2019

/s/ Sean M. Sherman
SEAN M. SHERMAN
Assistant United States Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: May 2, 2019

Hon. Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Passaic County Jail I WE COMMAND YOU that you have the body of

**NAJEE BRANTLEY, SBI #214819E**

now confined at the Passaic County Jail, brought to the U.S. District Court in Newark, NJ, on Tuesday, May 21, 2019, at 12:00 p.m., so that he may have a **Status Conferences and Frye Hearing** in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Susan D. Wigenton,
United States District Judge
Newark, New Jersey.

DATED: May 2nd, 2019

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk