UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. Najee Brantley**
**DOB: 4/13/93 FBI No. 762984AD6**

---

# PETITION FOR
# WRIT OF HABEAS CORPUS

Najee Brantley is now confined at Passaic County Correctional Facility

**Said individual will be required at Newark, New Jersey, before the United States Attorney's Office on Thursday, February 6, 2020, for an interview at 12:00 pm. A Writ t of Habeas Corpus should be issued for that purpose.**

DATED: January 30, 2020

s/*Sean Sherman*
SEAN SHERMAN
ASSISTANT U.S. ATTORNEY

---

# ORDER

Let the Writ Issue.

DATED: January 30, 2020

Honorable Susan D. Wigenton
UNITED STATES DISTRICT JUDGE

---

# WRIT OF HABEAS CORPUS

The United States of America to the Passaic County Correctional Facility

WE COMMAND YOU that you have the body of

**Najee Brantley**

now confined at the Passaic County Correctional Facility, be brought before the U.S. Attorney's Office, 970 Broad Street, Newark, NJ, on Thursday, February 6, 2020, **for an interview, in the above-captioned matter**

WITNESS   the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey

DATED: January 30, 2020

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk

- 2 -