UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. Najee Brantley**
**DOB: 4/13/93 FBI No. 762984AD6**

---

**PETITION FOR
WRIT OF HABEAS CORPUS**

Najee Brantley is now confined at Passaic County Correctional Facility

**Said individual will be required at Newark, New Jersey, before the Honorable Susan D. Wigenton on Tuesday, February 25, 2020, for an arraignment at 11:30 am. A Writ t of Habeas Corpus should be issued for that purpose.**

DATED: February 21, 2020

s/*Sean Sherman*
SEAN SHERMAN
ASSISTANT U.S. ATTORNEY

---

**ORDER**

Let the Writ Issue.

DATED: February 21, 2020

Honorable Susan D. Wigenton
UNITED STATES DISTRICT JUDGE

---

**WRIT OF HABEAS CORPUS**

The United States of America to the Passaic County Correctional Facility

WE COMMAND YOU that you have the body of

**Najee Brantley**

now confined at the Passaic County Correctional Facility, be brought before the Honorable Susan D. Wigenton, Tuesday, February 25, 2020, **for an arraignment,** in the above-captioned matter.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey

DATED: February 21, 2020

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: *Carmen D. Soto*
Deputy Clerk