UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 19-92 |
| v. | <u>SCHEDULING ORDER</u> |
| NAJEE BRANTLEY | |

This matter having come before the Court for a scheduling order; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Sean M. Sherman, Assistant U.S. Attorney, appearing); and the Defendant being represented by John P. McGovern, Esq.; and the parties having met and conferred; and the parties having agreed on a schedule for the filing and argument of a motion to suppress; and the Court having accepted such schedule, and for good cause shown,

It is on this <u>23rd</u> day of June, 2020, ORDERED that:

1. The Defendant shall file a motion to suppress on or before July 10, 2020;

    b)  The Government shall file any response to the Defendant's motion on or before July 24, 2020;

    c)  The Defendant shall file any reply on or before July 31, 2020;

d) Oral argument on the motion shall be held on  TO BE SET  at ____ a.m./p.m.

*s/Susan D. Wigenton*
Honorable Susan D. Wigenton
United States District Judge